FILED

10/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0508

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0508

---

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ANGELA BENNETT,

      Defendant and Appellant.

---

## ORDER

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including November 8, 2021, within which to prepare, serve, and file the State's response brief.

BG

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 5 2021